**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
UNITED STATES OF AMERICA,

                        Plaintiff,

     -against-

MAXIM SUVERIN,

                        Defendant.
------------------------------------x

ORDER

18 Crim. 509-26 (GBD)

GEORGE B. DANIELS, United States District Judge:

The October 29, 2020 status conference is rescheduled to occur on October 28, 2020 at 9:00 a.m.

Dated: New York, New York
       October 13, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge