**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

                        Plaintiff,

     -against-

MAXIM SUVERIN,

                        Defendant.

------------------------------------- x

ORDER

18 Crim. 509-26 (GBD)

GEORGE B. DANIELS, United States District Judge:

The October 28, 2020 plea hearing is adjourned until December 16, 2020 at 9:00 a.m.

Dated: New York, New York
       October 27, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge