**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        Plaintiff,

  -against-

MAXIM SUVERIN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

18 Crim. 509-26 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The December 16, 2020 status conference is adjourned to February 17, 2021 at 9:00 a.m.

  Trial is hereby scheduled to begin on June 10, 2021 at 9:45 am

Dated: New York, New York
   December 14, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge