UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

                                Plaintiff,

       -against-

MAXIM SUVERIN,

                                Defendant.

------------------------------------- x

ORDER

18 Crim. 509-26 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The sentencing is adjourned from August 31, 2021 to September 21, 2021 at 11:00 a.m.

Dated: New York, New York
       August 25, 2021

                                                    SO ORDERED.

                                                    _George B. Daniels_
                                                    GEORGE B. DANIELS
                                                    United States District Judge