**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                          :
                                                    :
                                                    :
                              Plaintiff,            :
                                                    :                   ORDER
             -against-                              :
                                                    :          18 Crim. 509-26 (GBD)
MAXIM SUVERIN,                                      :
                                                    :
                              Defendant.            :
                                                    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The sentencing is adjourned from September 21, 2021 to October 5, 2021 at 9:30 a.m.

Dated: New York, New York
       September 17, 2021

                                        SO ORDERED.

                                        _George B. Daniel_____
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE